(mid.1479392322877:22441c1062)
**Recipients** Anderson Akanu (100002987615534)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-17 14:18:42 UTC
**IP** 2607:fb90:2900:ac80:0:45:81b8:2801
**Deleted** false
**Body** Hey gorgeous would u be down to make fast money 😍😍

(mid.1479392334177:a5c37cfd07)
**Recipients** Andrea Rogers (100013023998580)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-17 14:18:54 UTC
**IP** 2607:fb90:2900:ac80:0:45:81b8:2801
**Deleted** false
**Body** Hey gorgeous would u be down to make fast money 😍😍

(mid.1479392342757:d694466c58)
**Recipients** Angela Williams (100000846065002)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-17 14:19:02 UTC
**IP** 2607:fb90:2900:ac80:0:45:81b8:2801
**Deleted** false
**Body** Hey gorgeous would u be down to make fast money 😍😍

(mid.1479392353971:a038299424)
**Recipients** Angel Denise Green (100001036152235)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-17 14:19:13 UTC
**IP** 2607:fb90:2900:ac80:0:45:81b8:2801
**Deleted** false
**Body** Hey gorgeous would u be down to make fast money 😍😍

(mid.1479392371349:80f2e53943)
**Recipients** Anna Garcia (100013747203000)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-17 14:19:31 UTC
**IP** 2607:fb90:2900:ac80:0:45:81b8:2801
**Deleted** false
**Body** Hey gorgeous would u be down to make fast money 😍😍

(mid.1479392381037:4bda1c3021)
**Recipients** Aunyei Stevens (100000668972174)
Finess King (100013071918510)
**Author** Finess King (100013071918510)

      **Author** Finess King (100013071918510)
        **Sent** 2016-11-19 03:36:23 UTC
   **Deleted** false
        **Body** Jw


(mid.1479392408648:e59e099d12)
  **Recipients** Becky Curtis (100000122643337)
                 Finess King (100013071918510)
     **Author** Finess King (100013071918510)
       **Sent** 2016-11-17 14:20:08 UTC
          **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
       **Body** Hey gorgeous would u be down to make fast money 􏰀􏰀􏰀􏰀


(mid.1479392418019:2cda560056)
  **Recipients** Unbeknownst Tuyu (100000836023064)
                 Finess King (100013071918510)
     **Author** Finess King (100013071918510)
       **Sent** 2016-11-17 14:20:18 UTC
          **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
       **Body** Hey gorgeous would u be down to make fast money 􏰀􏰀􏰀􏰀


(mid.1479393475060:93124f0f50)
  **Recipients** Ashleen DiCanio (100006916746653)
                 Finess King (100013071918510)
     **Author** Finess King (100013071918510)
       **Sent** 2016-11-17 14:37:55 UTC
          **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
       **Body** Hey grogoues would u be down to make fast money 􏰀􏰀?


(mid.1479393562478:af8086fc35)
  **Recipients** Brenda Aquino (100004721130855)
                 Finess King (100013071918510)
     **Author** Finess King (100013071918510)
       **Sent** 2016-11-17 14:39:22 UTC
          **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
       **Body** Hey grogoues would u be down to make fast money


(mid.1479393593307:3c3858d743)
  **Recipients** Brianna Padilla (100008794982336)
                 Finess King (100013071918510)
     **Author** Finess King (100013071918510)
       **Sent** 2016-11-17 14:39:53 UTC
          **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false

    **Body**  Hey grogoues would u be down to make fast money 😍

(mid.1479393620405:c9d2db6438)
  **Recipients**  Camille Hernandez (100012318453316)
                  Finess King (100013071918510)
  **Author**  Finess King (100013071918510)
  **Sent**  2016-11-17 14:40:20 UTC
  **IP**  2607:fb90:2900:ac80:0:45:81b8:2801
  **Deleted**  false
  **Body**  Hey grogoues would u be down to make fast money

  **Recipients**  Camille Hernandez (100012318453316)
                  Finess King (100013071918510)
  **Author**  Finess King (100013071918510)
  **Sent**  2016-11-19 14:13:07 UTC
  **Deleted**  false
  **Body**  Hey grogoues u down to get Fast Money😍 or Nah

(mid.1479393662540:3ca5b18b83)
  **Recipients**  Hazel Gibson (100012641074758)
                  Finess King (100013071918510)
  **Author**  Finess King (100013071918510)
  **Sent**  2016-11-17 14:41:02 UTC
  **IP**  2607:fb90:2900:ac80:0:45:81b8:2801
  **Deleted**  false
  **Body**  Hey gorgeous would u be down to make fast money 😍😍

(mid.1479393783022:297c99c774)
  **Recipients**  Cinthia Romero (100013693992164)
                  Finess King (100013071918510)
  **Author**  Finess King (100013071918510)
  **Sent**  2016-11-17 14:43:03 UTC
  **IP**  2607:fb90:2900:ac80:0:45:81b8:2801
  **Deleted**  false
  **Body**  Hey gorgeous would u be down to make fast money 😍😍

(mid.1479393808184:6f403db332)
  **Recipients**  'Corisha Whitee (673425805)
                  Finess King (100013071918510)
  **Author**  Finess King (100013071918510)
  **Sent**  2016-11-17 14:43:28 UTC
  **IP**  2607:fb90:2900:ac80:0:45:81b8:2801
  **Deleted**  false
  **Body**  Hey gorgeous would u be down to make fast money 😍😍

  **Recipients**  'Corisha Whitee (673425805)
                  Finess King (100013071918510)
  **Author**  Finess King (100013071918510)
  **Sent**  2016-11-26 14:25:19 UTC
  **Deleted**  false

**Body** ?

(mid.1479393846290:6b6fa7ef03)
    **Recipients** Danny Silva (100012453255400)
                  Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-17 14:44:06 UTC
    **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
    **Body** Hey gorgeous would u be down to make fast money ▢▢▢▢

(mid.1479393853748:fb702f4229)
    **Recipients** Elizabeth Sabio (100003959331510)
                  Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-17 14:44:13 UTC
    **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
    **Body** Hey gorgeous would u be down to make fast money ▢▢▢▢

    **Recipients** Elizabeth Sabio (100003959331510)
                  Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-24 17:05:10 UTC
    **Deleted** false
    **Body** What's up grogoues how your day going are u here for business or friends

    **Recipients** Finess King (100013071918510)
                    Elizabeth Sabio (100003959331510)
    **Author** Elizabeth Sabio (100003959331510)
    **Sent** 2016-11-24 17:06:47 UTC
    **Deleted** false
    **Body** Español xfa

(mid.1479393873547:b2382b8306)
    **Recipients** Inkha Charity Kaunang (100007609627707)
                  Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-17 14:44:33 UTC
    **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
    **Body** Hey gorgeous would u be down to make fast money ▢▢▢▢

(mid.1479393886854:30998fa842)
    **Recipients** Jackie Villa (100007329158139)
                  Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-17 14:44:46 UTC
    **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false

**Body** Hey gorgeous would u be down to make fast money ▯▯▯▯

(mid.1479393896829:6a0aba9d87)
    **Recipients** Jada Mitchell (100001607102572)
                    Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-17 14:44:56 UTC
    **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
    **Body** Hey gorgeous would u be down to make fast money ▯▯▯▯

(mid.1479393915007:1cb012b506)
    **Recipients** Aida Nogueras (100002642247715)
                    Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-17 14:45:15 UTC
    **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
    **Body** Hey gorgeous would u be down to make fast money ▯▯▯▯

    **Recipients** Aida Nogueras (100002642247715)
                    Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-24 17:10:37 UTC
    **Deleted** false
    **Body** What's up grogoues how your day going are u here for business or friends

(mid.1479393938889:444e60b806)
    **Recipients** Jasmine  Candy (100013327457918)
                    Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-17 14:45:38 UTC
    **IP** 2607:fb90:2900:ac80:0:45:81b8:2801
    **Deleted** false
    **Body** Hey gorgeous would u be down to make fast money ▯▯▯▯

    **Recipients** Jasmine  Candy (100013327457918)
                    Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-26 13:56:31 UTC
    **IP** 2607:fb90:68ae:d5b9:0:4d:ad41:b601
    **Deleted** false
    **Body** Gm gorgeous

(mid.1479393949358:ac1a3a3c74)
    **Recipients** Jay'la White (100002036924811)
                    Finess King (100013071918510)
    **Author** Finess King (100013071918510)
    **Sent** 2016-11-17 14:45:49 UTC
    **IP** 2607:fb90:2900:ac80:0:45:81b8:2801

**Deleted** false
**Body** Hey gorgeous would u be down to make fast money 💋💋💋💋

(mid.1479394067495:4f1fb4b210)
**Recipients** Kera Gonzalez (100010351746175)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-17 14:47:47 UTC
**IP** 2607:fb90:2900:ac80:0:45:81b8:2801
**Deleted** false
**Body** Hey gorgeous would u be down to make fast money 💋💋💋💋

(mid.1479394079697:e08a28d368)
**Recipients** Kiara Reyes (100001636685847)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-17 14:47:59 UTC
**IP** 2607:fb90:2900:ac80:0:45:81b8:2801
**Deleted** false
**Body** Hey gorgeous would u be down to make fast money 💋💋💋💋

(mid.1479478844109:8e21401a94)
**Recipients** Finess King (100013071918510)
Jackie Jackie (100013996476273)
**Author** Jackie Jackie (100013996476273)
**Sent** 2016-11-18 14:20:44 UTC
**Deleted** false
**Body** Jackie Jackie just joined Messenger! Be the first to send a welcome message or sticker.

**Recipients** Jackie Jackie (100013996476273)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-18 18:34:34 UTC
**Deleted** false
**Body** Hey

(mid.1479511955434:355f40dd06)
**Recipients** Vee Doowop Maserati (100010795395010)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-18 23:32:35 UTC
**IP** 2607:fb90:6894:5fd6:0:47:f8fe:8001
**Deleted** false
**Body** Hey gorgeous would u be down to make fast money 💋💋💋💋

(mid.1479512738976:d330396063)
**Recipients** Nikkita Adams (100001138576898)

```
               Finess King (100013071918510)
     Author    Finess King (100013071918510)
       Sent    2016-11-18 23:45:38 UTC
         IP    2607:fb90:6894:5fd6:0:47:f8fe:8001
    Deleted    false
       Body    Hey gorgeous would u be down to make fast money 􀀀􀀀􀀀􀀀


(mid.1479512754737:86a5a89121)
 Recipients    Nikko Serrano Rosa (100007021429282)
               Finess King (100013071918510)
     Author    Finess King (100013071918510)
       Sent    2016-11-18 23:45:54 UTC
         IP    2607:fb90:6894:5fd6:0:47:f8fe:8001
    Deleted    false
       Body    Hey gorgeous would u be down to make fast money 􀀀􀀀􀀀􀀀


(mid.1479513312596:1deb114110)
 Recipients    Angela Anderson (100003405044010)
               Finess King (100013071918510)
     Author    Finess King (100013071918510)
       Sent    2016-11-18 23:55:12 UTC
         IP    2607:fb90:6894:5fd6:0:47:f8fe:8001
    Deleted    false
       Body    Hey gorgeous would u be down to make fast money 􀀀􀀀􀀀􀀀


(mid.1479514149143:ee5e107563)
 Recipients    Lily Dowling (100000204624991)
               Finess King (100013071918510)
     Author    Finess King (100013071918510)
       Sent    2016-11-19 00:09:09 UTC
         IP    2607:fb90:6894:5fd6:0:47:f8fe:8001
    Deleted    false
       Body    Hey gorgeous u down to get fast money or nah 􀀀􀀀


(mid.1479514916846:5c205e8075)
 Recipients    Princess Nettie (100002439488789)
               Finess King (100013071918510)
     Author    Finess King (100013071918510)
       Sent    2016-11-19 00:21:56 UTC
         IP    2607:fb90:6894:5fd6:0:47:f8fe:8001
    Deleted    false
       Body    Hey gorgeous u down to get fast money or nah 􀀀􀀀􀀀􀀀􀀀􀀀


(mid.1479515123015:2159b50901)
 Recipients    Kasey Newman (100001671761148)
               Finess King (100013071918510)
     Author    Finess King (100013071918510)
       Sent    2016-11-19 00:25:23 UTC
         IP    2607:fb90:6894:5fd6:0:47:f8fe:8001
```

**Deleted** false
**Body** Hey gorgeous u down to get fast money or nah 😘

(mid.1479515137308:51d97fdd23)
**Recipients** Dess Marie (100005865193259)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-19 00:25:37 UTC
**IP** 2607:fb90:6894:5fd6:0:47:f8fe:8001
**Deleted** false
**Body** Hey gorgeous u down to get fast money or nah 😘

**Recipients** Finess King (100013071918510)
Dess Marie (100005865193259)
**Author** Dess Marie (100005865193259)
**Sent** 2016-11-19 00:34:29 UTC
**Deleted** false
**Body** How

**Recipients** Dess Marie (100005865193259)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-19 00:34:46 UTC
**IP** 2607:fb90:2906:bbb8:0:48:219a:1401
**Deleted** false
**Body** I got a phone full of clients that pay hundreds for sexual favors 300hour would u be down for that or nah

**Recipients** Finess King (100013071918510)
Dess Marie (100005865193259)
**Author** Dess Marie (100005865193259)
**Sent** 2016-11-19 00:35:25 UTC
**Deleted** false
**Body** No lol

**Recipients** Dess Marie (100005865193259)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-19 00:35:38 UTC
**IP** 2607:fb90:2906:bbb8:0:48:219a:1401
**Deleted** false
**Body** Ok jw

**Recipients** Finess King (100013071918510)
Dess Marie (100005865193259)
**Author** Dess Marie (100005865193259)
**Sent** 2016-11-19 00:37:16 UTC
**Deleted** false
**Body** Okay ,

**Recipients** Dess Marie (100005865193259)
Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-11-19 00:37:28 UTC
**IP** 2607:fb90:2906:bbb8:0:48:219a:1401

|  |  |
|---|---|
| User | Yaakno Minnie (100004802110756) |
| Text | 2 |
| Time | 2016-11-01 19:47:18 UTC |

Posted 2016-11-01 14:35:02 UTC
Status
Mobile true



Photo Id: 198712973907765
Posted 2016-11-01 14:34:53 UTC
Status
Mobile true



**Photo Id:** 199507780494951
**Posted** 2016-11-02 14:31:31 UTC
**Status**
**Mobile** true

**Image**



|  |  |
|---:|:---|
| **Photo Id:** | 132503997195330 |
| **Id** | 132503997195330 |
| **Title** | |
| **Photo** | http://scontent.xx.fbcdn.net/v/t1.0-9/p720x720/13912481_132503997195330_6626408968127021910_n.jpg?oh=374ddb013eeaf1a952af2729650b8ec7&oe=592B469B |
| **Link** | http://www.facebook.com/photo.php?fbid=132503997195330&set=a.132504010528662.1073741826.100013071918510&type=3 |
| **Upload Ip** | 98.175.156.199 |
| **Album Name** | Profile Pictures |
| **Uploaded** | 2016-08-16 22:38:33 UTC |
| **Tags** | |



**Photo Id:**
147388225706907

**Recipients** Olyvia Allen (100001287125051)
              Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-08-28 03:25:39 UTC
**Deleted** false
**Body** One day of work

**Recipients** Olyvia Allen (100001287125051)
              Finess King (100013071918510)
**Author** Finess King (100013071918510)
**Sent** 2016-08-28 03:27:38 UTC
**Deleted** false
**Body** I guess u don't got time for money right

**Recipients** Olyvia Allen (100001287125051)

