UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL CASE NO. |
| v. | : | 17-CR-36 (JCH) |
| | : | |
| TONEY KELSEY, | : | November 7, 2018 |
| Defendant. | : | |

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

The Government submits this supplemental sentencing memorandum to alert the Court to the existence of yet another teenager whom Kelsey recruited and prostituted when she was seventeen.

On October 24, 2018, the Federal Bureau of Investigation ("FBI") and the Groton, Connecticut, Police Department were conducting an undercover operation in Groton, in an attempt to identify and recover teenage victims of sex trafficking. They contacted an advertisement on the website "Skip the Games," which has become popular with traffickers since Backpage was taken down by the FBI, and posed as a potential client seeking an appointment. E.O., who was then nineteen years old, responded to the ad. After the FBI and the Groton Police Department officers identified themselves as law enforcement, E.O. agreed to participate in an interview.

During the interview, E.O. relayed the following information. She was initially recruited into prostitution when she was seventeen years old over the social media app "Kik," by a person who went by the names of "Blaze" and "Toney." E.O. told Blaze that she was seventeen years old, but he did not appear to care. E.O. stated that she felt as if two people were using Blaze's Kik account, including a girl, and believed that Blaze was using a girl to speak to her (E.O.) so that she (E.O.) would feel more comfortable. E.O. recalled receiving a message on Kik from

1

Blaze asking whether she wanted to make money. Blaze and a heavyset Caucasian woman (believed to be Kari Yates) eventually picked her up, and took her a house on or near Hillside Avenue in Hartford. Once they were together, Blaze and the woman described the "work" in more detail. They posted the advertisements, chose the prices for various services, and arranged the appointments. E.O. recalled seeing approximately four clients over four days, at both hotels on the Berlin Turnpike and at clients' locations. Blaze and his girlfriend asked E.O. if she was interested in doing a threesome, and she said no. Although Blaze told E.O. he would split the profits with her, he ended up keeping all of the money. She decided to leave because Blaze was keeping all of the money, and she asked a family member to pick her up. Approximately two weeks later, Blaze contacted her again, but she did not respond.

E.O.'s story bears striking resemblance to the evidence presented at trial, including the testimony of Alyssa Grant, Kari Yates, Savannah Rosa, and other trial witnesses, and the documentary evidence of Kelsey's Facebook chats with A.N. and Kik chats with Alyssa Grant. Just as with A.N., Kelsey knew that E.O. was under the age of eighteen and still promoted her prostitution. And just as he did with Alyssa Grant, he used someone who matches the description of Yates to make E.O. feel more comfortable in the situation. As several witnesses testified he did for them, Kelsey posted advertisements, chose prices, and set up prostitution appointments for E.O., and E.O. even identified Kelsey's residence as one on or near Hillside Avenue in Hartford—which trial evidence corroborated.

Simply put, E.O.'s version of events squarely lines up with that of various trial witnesses and others interviewed in the course of the investigation. E.O. is thus likely Kelsey's fifth teenage victim, demonstrating yet again that Kelsey preyed upon teenagers in his sex trafficking enterprise.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/

SARALA V. NAGALA (FED. BAR NO. phv05529)
MARC H. SILVERMAN (FED. BAR NO. ct30587)
ASSISTANT UNITED STATES ATTORNEYS
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
(203) 821-3700
Sarala.Nagala@usdoj.gov
Marc.Silverman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, a copy of the foregoing Memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/
SARALA V. NAGALA
ASSISTANT U.S. ATTORNEY